### HICKS *et al.,* executors, *v.* WADSWORTH.

HUTCHESON, Justice. Under the facts of the instant case, the prayers of the petition, and the questions presented for review by the bill of exceptions and the record, a construction of the will, if involved at all, is only incidentally involved. The Court of Appeals and not the Supreme Court has jurisdiction of the writ of error. Code, § 2-3005; *Reece* v. *McCrary,* 179 *Ga.* 812 (177 S. E. 741).

*Transferred to the Court of Appeals. All the Justices concur, except Beck, P. J., and Bell, J., absent because of illness.*

No. 11900. SEPTEMBER 14, 1937.

A. J. *Camp* and *C. B. McGarity*, for plaintiffs in error.
*William G. McRae*, contra.